07-CV-01224-CMP

FILED ENTERED
LODGED RECEIVED

AUG 7 2007 DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JOSEPH ANDREW HYLKEMA,
          Plaintiff

v.

CREDIT CONTROL SERVICES, INC.
d/b/a CREDIT COLLECTION
SERVICES, a Delaware
corporation,
          Defendant

No. C07-1224P

COMPLAINT

COMES NOW the Plaintiff who, for causes of action set forth below, hereby sues Defendant above-named and for his complaint alleges the following:

## 1. NATURE OF ACTION

1.1. This is an action for damages for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 USC § 1692 et seq. and for declaratory relief pursuant to the Declaratory Judgments Act, 28 USC § 2201. Plaintiff brings this action in the capacity of a private attorney general to impose strict liability upon Defendant for its violations of the FDCPA.

//

COMPLAINT - 1

JOSEPH ANDREW HYLKEMA
2442 NW MARKET ST. #327
SEATTLE, WA 98107
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

ORIGINAL

## 2. JURISDICTION AND VENUE

2.1. Jurisdiction arises under 28 USC §§ 1331, 1337(a), and 15 USC § 1692k(d). Venue is proper in this Court as Defendant transacts business here and the conduct complained of occurred here.

## 3. PARTIES AND BACKGROUND

3.1. Plaintiff is a sui juris adult and resident of the state of Washington, county of King, and city of Seattle. Plaintiff has been the subject of Defendant's debt collection activities and has been damaged thereby.

3.2. Defendant is a Delaware corporation. Its offices and principal place of business are located at 2 Wells Ave, Newton, MA, 02459-3208.

3.3. Defendant is licensed as a collection agency by the Washington State Department of Licensing and authorized to do business here through its registered agent, one William Suttell located at 7525 SE 24TH ST #310, Mercer Island, WA 98040.

3.4. Defendant is the assignee of Plaintiff's alleged obligation to pay approximately $25 to non-party Allstate Insurance Company (the "Alleged Debt"). The Alleged Debt arose out of transactions primarily for personal, family, or household purposes.

3.5. Defendant's primary business purpose is the collection of debts. Defendant, regularly and in the ordinary course of

COMPLAINT - 2

JOSEPH ANDREW HYLKEMA
2442 NW MARKET ST. #327
SEATTLE, WA 98107
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

business, attempts to collect debts asserted to be owed or due another using the telephone, mails, and other instrumentalities of interstate commerce, and did so attempt to collect the Alleged Debt from Plaintiff.

4. **STATEMENT OF FACTS**

4.1. Beginning in October of 2006, Defendant attempted to collect the Alleged Debt through a series of over 35 harassing and deceptive computer generated telephone calls.

4.2. More specifically, each call resulted in a message on Plaintiff's answering machine substantially as follows:

> This is a personal and private message for Joseph Hylkema. If you are not this party, please stop and do not listen any further. Please call us back today, toll free, 1-877-289-0281 regarding a very important business matter. This is not a telemarketing call. Your file number is [number]. Thank you.

4.3. Each call was placed without meaningful disclosure of the caller's identity and failed to identify that the call was from a debt collector.

4.4. Further, Defendant's false characterization of a $25 Alleged Debt as a "very important business matter" and its plea to "call us back today" would tend to mislead the least sophisticated consumer into believing that the call was of an emergent nature when in fact it was anything but.

4.5. Defendant's conduct was persistent, deliberate, and in bad faith.

JOSEPH ANDREW HYLKEMA
2442 NW MARKET ST. #327
SEATTLE, WA 98107
(206) 202-4530
EMAIL: JOI;@HYLKEMA.ORG

| | |
|---|---|
| 1 | 4.6. As a direct and proximate result of Defendant's conduct, |
| 2 | Plaintiff has suffered damage. |
| 3 | **5. FIRST CAUSE OF ACTION - VIOLATION OF FDCPA** |
| 4 | COUNT ONE - VIOLATION OF 15 USC § 1692d(6) |
| 5 | 5.1. Defendant has placed telephone calls to Plaintiff without |
| 6 | meaningful disclosure of the caller's identity. *See, inter* |
| 7 | *alia, Hosseinzadeh v. M.R.S. Associates, Inc.*, 387 F.Supp.2d |
| 8 | 1104, 1116 (C.D.Cal. 2005); *Foti v. NCO Fin. Sys., Inc.*, 424 F. |
| 9 | Supp. 2d 643, 669 (S.D.N.Y. 2006). |
| 10 | COUNT TWO — VIOLATION OF 15 USC § 1692e(10) |
| 11 | 5.2. Defendant has attempted to collect the Alleged Debt through |
| 12 | false representations or means. |
| 13 | COUNT THREE - VIOLATION OF 15 USC 1692e(11) |
| 14 | 5.3. Defendant has communicated with Plaintiff and failed to |
| 15 | disclose that the communication is from a debt collector. *See* |
| 16 | *cited cases, supra.* |
| 17 | **6. SECOND CAUSE OF ACTION - DECLARATORY RELIEF** |
| 18 | 6.1. Plaintiff requests the Court find and declare that |
| 19 | Defendant's conduct as enumerated herein violated the FDCPA. |
| 20 | **7. NO BONA FIDE ERROR DEFENSE** |
| 21 | 7.1. Plaintiff asserts, and continues to assert, that |
| 22 | Defendant's conduct herein was persistent, deliberate and in bad |
| 23 | faith. Nevertheless, any "error" committed by Defendant herein |
| 24 | was an error of law and therefore not excusable by the FDCPA's |

COMPLAINT - 4

JOSEPH ANDREW HYLKEMA
2442 NW MARKET ST. #327
SEATTLE, WA 98107
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG

bona fide error defense, 15 USC § 1692k(c).  *Baker v. G.C. Services Corp.*, 677 F.2d 775, 779 (9th Cir. 1982).

### 8. PRAYER FOR RELIEF

8.1. WHEREFORE, Plaintiff respectfully prays for judgment against Defendant for an award of damages consisting of actual damages and the maximum statutory and treble/exemplary damages permitted by law in amounts to be determined at trial, for interest on any judgment rendered herein at the highest legal rate until satisfied in full, for declaratory relief and for such other and additional relief as the Court may deem just and proper.

DATED: August 7, 2007

_____
JOSEPH ANDREW HYLKEMA
WSBA: N/A
Plaintiff pro se

COMPLAINT - 5

JOSEPH ANDREW HYLKEMA
2442 NW MARKET ST. #327
SEATTLE, WA 98107
(206) 202-4530
EMAIL: JOE@HYLKEMA.ORG